Steven T. Waterman (4164)
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
waterman.steven@dorsey.com

*Attorneys for Zions Bancorporation National Association, Nevada State Bank, and Brent Alan Waite*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SAMUEL L. BIERS, an individual and Chief Tribal Judge of the Te-Moak Supreme Court,<br><br>Plaintiff,<br><br>v.<br><br>DENTONS US LLP, a Utah entity, dba Dentons, Durham, Jones, Pinegar P.C.; et al.,<br><br>Defendants. | **MOTION FOR SINGLE DATE BY WHICH TO RESPOND TO COMPLAINT AND CLARIFICATION REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:22-cv-00298-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Defendants Dentons US LLP, J. R. Docksey, Virginia H. Sibbison, George T. Skibine, Steve Sisolak, Aaron D. Ford, Kristin K. Goddard-Hevener, Salal Credit Union, Zions Bancorporation National Association, Nevada State Bank, and Brent Alan Waite (collectively, the "Served Defendants"), by and through their respective undersigned counsel, hereby move the Court for a single date upon which answers are due to Plaintiff's Complaint (ECF No. 5); Served Defendants propose October 11, 2022 or a

date thereafter. Served Defendants further move the Court for clarification regarding whether they are to respond to Plaintiff's Ex Parte Motion of Emergency Temporary Injunction or Alternatively the Setting of a Hearing for a Preliminary Restraining Order (ECF No. 7) and, if so, the issuance of a briefing schedule regarding the same.

In support of this Motion, the Served Defendants state:

1. Pursuant to the Court's Order regarding Service of Process (ECF No. 19), each Served Defendant returned an executed Waiver of the Service of Summons (Form AO 399).

2. The Served Defendants accordingly have a range of dates by which Answers or other responses are due: the earliest date is September 12, 2022 and the latest date is October 11, 2022.

3. In the interest of judicial economy, Served Defendants seek a single date by which Answers or other responses are due for all Served Defendants: October 11, 2022 or a date thereafter.

4. As to Plaintiff's Ex Parte Motion of Emergency Temporary Injunction or Alternatively the Setting of a Hearing for a Preliminary Restraining Order (ECF No. 7), Served Defendants are aware that the motion for ex parte temporary restraining order is denied. (ECF No. 12).

5. In the Court's Order denying the motion for ex parte temporary restraining order, the Court wrote: "To the extent Plaintiff seeks a preliminary injunction

in the alternative, the motion remains pending and is referred to Magistrate Judge Bennett." (ECF No. 12). Accordingly, as to those Served Defendants who are at issue in ECF No. 7, they seek direction as to whether they are to respond to ECF No. 7, and if so, those Served Defendants seek a briefing schedule for when they should do so.

WHEREFORE, for good cause shown, the Served Defendants respectfully request that the Court (1) set October 11, 2022, or a date thereafter, as the date by which all Served Defendants must file an Answer or other response to Plaintiff's Complaint; (2) advise as to those Served Defendants who are at issue in Plaintiff's Ex Parte Motion of Emergency Temporary Injunction or Alternatively the Setting of a Hearing for a Preliminary Restraining Order (ECF No. 7), whether those Served Defendants are to respond thereto, and (3) if those Served Defendants are to respond to ECF No. 7, the issuance of a briefing schedule regarding the same. A copy of the proposed order is filed herewith.

Dated: September 2, 2022

DORSEY & WHITNEY LLP

By */s/ Steven T. Waterman*
    Steven T. Waterman, Bar No. 04164
    waterman.steven@dorsey.com
    111 South Main Street, Suite 2100
    Salt Lake City, UT 84111

    Skip Durocher, *pro hac vice to be filed*
    durocher.skip@dorsey.com
    Ben Kappelman, *pro hac vice to be filed*
    kappelman.ben@dorsey.com
    Tess L. Erickson, *pro hac vice to be filed*
    erickson.tess@dorsey.com
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402

*Attorneys for Defendants Zions Bancorporation National Association, Nevada State Bank, and Brent Alan Waite*


DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ James D. Gilson*
    James D. Gilson
    Cole P. Crowther
    111 South Main Street, Suite 2400
    Salt Lake City, UT 84111
    james.gilson@dentons.com
    cole.crowther@dentons.com

*Attorneys for Defendants Dentons US LLP, George Skibine, Ross Docksey, and Virginia Heather Sibbison*

        AARON D. FORD
        Attorney General

        By: */s/ Douglas R. Rands*
            Douglas R. Rands, Bar No. 5225
            Senior Deputy Attorney General
            100 N. Carson Street
            Carson City, NV 89701
            drands@ag.nv.gov

*Attorney for Defendants Steve Sisolak, Aaron D. Ford and Kirsten Hevener*


        HARRIS BRICKEN SLIWOSKI LLP

        By: */s/ Jonathan Bench*
            Jonathan Bench, UBA #16998
            Jihee Ahn, *pro hac vice to be filed*
            Jesse D. Mondry, *pro hac vice to be filed*
            136 S. Main Street, Suite 400
            Salt Lake City, Utah 84101
            jonathan@harrisbricken.com
            jihee@harrisbricken.com
            jesse@harrisbricken.com

*Attorneys for Defendant Salal Credit Union*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I electronically filed the foregoing with Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and served Plaintiff Samuel Biers by U.S. Mail at: 1188 Court Street #1, Elko, Nevada 89801.

By: */s/* Steven T. Waterman