FILED
2024 JUL 25 PM 3:56
CLERK
U.S. DISTRICT COURT

AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Samuel L. Biers,

Plaintiff,

v.

Dentons US; Salal Credit Union; Tonkon Torp; SCS Elko; Steve Sisolak; Aaron D. Ford; Te-Moak Tribe of Western Shoshone Indians of Nevada; Elko Band Colony Enterprises; Adela Morrison; Andrea Woods; Angela Mendez; Alice Tybo; Bryan L. Bowker; Chadwick S. Smith; Darian Stanford; Davis Gonzalez; David D. Carrera; Duane Garcia; Elliot N. Parris; George T. Skibine; Jeffery S. Sypolt; Joseph Delarosa; Joseph Holley; J.R. Docksey; Joseph McDade; Juan Arevalo; Kevin Clock; Kristen K. Goddard-Hevener; Larry Yeager; Leslie A. Berg-Grove; Paul Conable; Robin A. Evans; Steve D. Olson; Steven J. McDade; Suzanna R. Sandoval; Tammy J. Carrera; Tanya Reynolds; Thalia Marin; Virginia H. Sibbison; Wendall D. Hayes; and the United States of America,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-298-HCN-JCB

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-2 for failure to comply with the court's orders and for failure to prosecute.

July 25, 2024
*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge