**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 4, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

SAMUEL L. BIERS, an individual and Chief Tribal Judge of the Te-Moak Supreme Court,

Plaintiff - Appellant,

v.

DENTONS US LLP, a Utah entity, d/b/a Dentons, Durham, Jones, Pinegar P.C.; SALAL CREDIT UNION, a Washington entity; TONKON TORP, an Oregon entity; SCS ELKO, a Nevada entity; STEVE SISOLAK, Governor in his official and individual capacity; AARON D. FORD, in his official capacity as the Nevada Attorney General and individual capacity; TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS OF NEVADA, a federal corporation; ELKO BAND COLONY ENTERPRISES; ADELA MORRISON, an individual; CHADWICK S. SMITH, an individual; ELLIOT N. PARRIS, an individual; GEORGE SKIBINE, an individual; JOSEPH DELAROSA, an individual; J. R. DOCKSEY, an individual; KEVIN CLOCK, an individual; KRISTEN K. GODDARD-HEVENER, an individual; LESLIE A. BERG-GROVE, an individual; MARLA L. McDADE, in her individual and official capacity; PAUL CONABLE, an individual; ROBIN A. EVANS, an individual; STEVEN D. OLSON, an individual; VIRGINIA H. SIBBISON, an individual; UNITED STATES OF AMERICA; STEVEN J. McDADE, an individual; ANGELEA MENDEZ, an

No. 24-4088
(D.C. No. 2:22-CV-00298-HCN)
(D. Utah)

individual; ALICE TYBO, an individual; DARIAN STANFORD, an individual; DAVIS GONZALEZ, an individual; DAVID D. CARRERA, an individual; DUANE GARCIA, SR., an individual; JEFFREY SCOTT SYPOLT, an individual; JOSEPH HOLLEY, JOSEPH HOLLEY, an individual; JUAN AREVALO, an individual; LARRY YEAGER, an individual; SUZANNA R. SANDOVAL, an individual; TAMMY J. CARRERA, an individual; TANYA REYNOLDS, an individual; THALIA MARIN, an individual; WENDALL D. HAYES, an individual; ANDREA WOODS, an individual,

Defendants - Appellees.

---

**ORDER**

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 04, 2024

Mr. Samuel L. Biers
384 Farm to Market Road, Apartment 9
Libby, MT 59923

**RE:** **24-4088, Biers v. Dentons US, et al**
Dist/Ag docket: 2:22-CV-00298-HCN

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Rod N. Andreason
Jonathan Paul Barnes
Robert R. Berk
Amanda A. Berndt
Julianne P. Blanch
Ryan C. Bullock
Keith A Call
Charles M. Callahan
Danica N. Cepernich
Abigail Dizon-Maughan
James D. Gilson
Anikka Hoidal
William D. Holm
Jason R. Hull

Nathan Jack
Zachary Clyde Lindley
Steven J. McDade
Whitney Elizabeth McKiddy
Douglas R. Rands
Christopher M. Sanders
Stuart H. Schultz
Jeffrey Scott Sypolt

CMW/art