UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 04, 2024

Rod N. Andreason
Kirton McConkie
P.O. Box 45120
Salt Lake City, UT 84145-0120

Jonathan Paul Barnes
Jones Skelton & Hochuli
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

Mr. Robert R. Berk
Jones Skelton & Hochuli
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

Ms. Amanda A. Berndt
Office of the United States Attorney
District of Utah
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176

Mr. Samuel L. Biers
384 Farm to Market Road, Apartment 9
Libby, MT 59923

Ms. Julianne P. Blanch
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Mr. Ryan C. Bullock
Strong & Hanni
9350 South 150 East, Suite 820
Sandy, UT 84070

Mr. Keith A Call
Spencer Fane

10 Exchange Place, Suite 1100
Salt Lake City, UT 84111

Mr. Charles M. Callahan
Jones Skelton & Hochuli
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

Ms. Danica N. Cepernich
Spencer Fane
10 Exchange Place, Suite 1100
Salt Lake City, UT 84111

Abigail Dizon-Maughan
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Mr. James D. Gilson
Dentons Durham Jones Pinegar
111 South Main Street, Suite 2400
Salt Lake City, UT 84111

Ms. Anikka Hoidal
Marshall, Olson & Hull
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, UT 84111

Mr. William D. Holm
Jones Skelton & Hochuli
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

Mr. Jason R. Hull
Marshall, Olson & Hull
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, UT 84111

Nathan Jack
Office of the United States Attorney
District of Utah
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176

Mr. Zachary Clyde Lindley
Kirton McConkie
301 North 200 East, Suite 3A
St. George, UT 84770

Mr. Steven J. McDade
165 Flora Circle
Spring Creek, NV 89815

Ms. Whitney Elizabeth McKiddy
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Mr. Douglas R. Rands
Office of the Attorney General for the State of Nevada
100 North Carson Street
Carson City, NV 89701-4717

Mr. Christopher M. Sanders
Kirton McConkie
Civil Litigation
36 South State Street, Suite 1900
Salt Lake City, UT 84111

Mr. Stuart H. Schultz
Strong & Hanni
102 South 200 East, Suite 800
Salt Lake City, UT 84111

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

Mr. Jeffrey Scott Sypolt
Law Office of Scott Sypolt
5N193 Prairie Rose Drive
St. Charles, IL 60175

**RE: 24-4088, Biers v. Dentons US, et al**
Dist/Ag docket: 2:22-CV-00298-HCN

Dear Appellant, Counsel, and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/art